**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CBS LINES, INC.,

                    Plaintiff,

      - against -

RLI INSURANCE COMPANY,

                    Defendant.
----------------------------------------------------------X

**ORDER**

CV 09-2331 (JFB) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      In this declaratory judgment insurance coverage case, Plaintiff moves for a six-month stay of discovery or, alternatively, an extension of the deadline to complete discovery, which deadline is currently March 22, 2010. *See* DE 12. The Court has been informed that Defendant joins Plaintiff's request. Based upon the representations contained in Plaintiff's letter application, the Motion is hereby GRANTED, with the understanding that the Court will not delay the case indefinitely. A Telephone Status Conference is set for September 27, 2010 at 11:00 a.m. for the parties to update the Court as to the status of the underlying State Court action. Plaintiff's counsel is directed to initiate the call to Chambers, with all counsel on the line, to (631) 712-5760. In the event the State Court action is resolved prior to that date, the parties are directed to contact my Chambers immediately.

                                                    **SO ORDERED.**

Dated: Central Islip, New York
       March 15, 2010

                                                /s/ A. Kathleen Tomlinson
                                                A. KATHLEEN TOMLINSON
                                                U.S. Magistrate Judge